**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | December 23, 2011 | **Time:** | 4:05 p.m. |
| **Case No. and Name:** | C11-6608 EDL Padilla v. Livermore Police Dept., et al. | | |
| **Attorneys:** | No appearance | | |
| **Deputy Clerk:** | Betty Lee | | |

**PROCEEDINGS:**

- Plaintiff's application for TRO is denied.  The parties against who the TRO is sought are not named as defendants in the complaint.  Neither these parties nor the named defendants have been served or notified of the application.  The complaint and brief in support of the application do not establish the showing necessary for a TRO.  The case remains with Magistrate Judge Laporte to determine IFP status and further proceedings.


cc: Plaintiff (hand delivered)